**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **SAFOURA MIRALISEIEDKHOUNDI** | **CIVIL DOCKET NO. 3:25-CV-02131** |
| | **SEC. P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **LISA BOWEN, ET AL** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge [Doc. 14], and after an independent review of the record, including the Government's objections [Doc. 15], concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1] is GRANTED.  Petitioner Safoura Miraliseiedkhoundi ("Petitioner") shall be RELEASED from detention as soon as practicable, not to exceed five (5) business days from today.  The Government shall take all necessary measures to stay apprised of Petitioner's location after her release.

IT IS FURTHER ORDERED that the parties file a Notice of Compliance with this Court within 24 hours of Petitioner's release.

IT IS FURTHER ORDERED that the government is authorized to take Petitioner into custody again to effectuate her removal once a third country has been identified that will accept her.

IT IS FURTHER ORDERED that the Clerk of Court is instructed to mail a copy of this Judgment to Petitioner at Richwood Correctional Center, where Petitioner is detained.

THUS, DONE AND SIGNED in chambers on this 30th day of March 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE